Matter of Solis v. Contractors Benefit Trust

TO: PATRICIA M. RODENHAUSEN, Regional Solicitor, U.S. Department of Labor

    I acknowledge receipt of your request that, in my capacity as Trustee, I waive service of a summons and complaint on behalf of the Contractors Benefit Trust in the action of Solis v. Contractors Benefit Trust (the CBT Action), which you have represented to me through my legal representative has been submitted to the U.S. District Court for the Eastern District of New York to be filed on or about December 31, 2009. I also acknowledge that I have received a copy, through my legal representative, of the Complaint initiating the CBT Action.

    On behalf of Contractors Benefit Trust and in my capacity as Trustee, I waive the requirements of service of process under F.R.Civ.P. 4. This instrument does not waive any other defenses or objections to the lawsuit or to the jurisdiction or venue of the court which may be asserted by Contractors Benefit Trust or by any other person except for objections based on a defect in the summons or in the service of the summons.

CONTRACTORS BENEFIT TRUST

BY: _[signature]_, its _Trustee_

Dated: 12/31/09